UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )   Case No.
     v.                            )
                                   )
JAMES J. SCAVONE, JR., Executor    )   **05-40050FDS**
of the Estate of                   )
James J. Scavone, Sr.              )
                                   )
          Defendant.               )

COMPLAINT AND REQUEST FOR JURY TRIAL

     The plaintiff, the United States of America, by its
undersigned counsel, at the request of a delegate of the
Secretary of the Treasury and as directed by a delegate of the
Attorney General, pursuant to 26 U.S.C. §§ 7401, brings this
complaint to reduce an unpaid federal estate tax assessment
against the Estate of James J. Scavone, Sr. to judgment.  For
these purposes, the United States complains and alleges as
follows:

     1.   This Court has jurisdiction over this action pursuant to
Sections 1340 and 1345 of Title 28 of the United States Code, and
pursuant to Section 7402 of Title 26 of the United States Code.

1

2.    Defendant, James J. Scavone, Jr. ("Executor") is the Executor of the Estate of James J. Scavone, Sr. ("Taxpayer")

3.    Executor resides at 103 Teele Road, Bolton, Massachusetts within the jurisdiction of this court.

4.    A delegate of the Secretary of the Treasury made assessments against the taxpayer for federal estate tax liabilities, on the dates, and in the amounts, follows:

| Tax, Interest or Penalty Assessed | Assessment Date | Amount Assessed |
|---|---|---|
| Tax | February 17, 1992 | 1,559,796.18 |
| Interest | August 24, 1992 | 70,939.47 |
| Interest | September 7, 1992 | 6,969.58 |
| Interest | April 26, 1993 | 9,365.13 |
| Tax | March 23, 1995 | 356,387.28 |
| Interest | March 23, 1995 | 126,156.06 |
| Interest | June 19, 1995 | 5,353.53 |
| Failure to Pay Penalty | March 17, 2005 | 18,729.75 |

5.    On or about the dates of assessment of the tax liabilities, notice and demand for payment of the liabilities was given to the taxpayer.

6. Payments of $1,938,632.20 have been made towards the estate tax liability.

2

7.   Despite notice and demand, the Executor has refused or neglected to pay fully the assessed liability of the Taxpayer.

8.   Interest continues to accrue on the assessed estate tax liabilities.

9.   There remains due and owing to the United States from the taxpayer, the sum of $427,186.58  plus statutory interest and additions from March 23, 2005.

3

WHEREFORE, the plaintiff, the United States of America,

requests the following relief:

a)   That this Court enter judgment with respect to the
     unpaid balance of assessment described in paragraph 4,
     above, in favor of the United States and against James
     J. Scavone, Jr., as Executor of the Estate of James J.
     Scavone, Sr., in the amount of $427,186.58, plus
     interest and other statutory additions accruing from
     and after March 1, 2005;

b)   That this Court award the United States such other and
     further relief as this Court deems just and proper,
     including judgment pursuant to 28 U.S.C. § 1920 for the
     amount of its costs incurred in this action.

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         BARBARA HEALY SMITH
                         Assistant U.S. Attorney


                         STEPHEN J. TURANCHIK
                         Trial Attorney, Tax Division
                         U.S. Department of Justice
                         Post Office Box 55
                         Ben Franklin Station
                         Washington, D.C. 20044
                         Telephone: (202) 307-6565
                         stephen.j.turanchik@usdoj.gov

4

JS 44 (N.D. Ohio)                                                                                                                1

# Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Please refer to the instructions on page 2.

## 1. (a) PLAINTIFFS

**United States of America**

**DEFENDANTS**

**James J. Scavone, Jr., as Executor of the Estate of James J. Scavone, Sr.**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Worcester**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c)** ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
**Stephen J. Turanchik, U.S. Dept. of Justice, Tax Division**
**P.O. Box 55, Ben Franklin Stat., Washington, DC 20044**
**(202) 307-6565**

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE A check IN ONE BOX ONLY)

[✔] 1 U.S. Government Plaintiff

[ ] 2 U.S. Government Defendant

[ ] 3 Federal Question (U.S. Gov't Not a Party)

[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(PLACE A CHECK IN ONE BOX FOR PLAINTIFF AND IN ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of another State | 2 | 2 | Incorporated and Principal Place of Business in another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE A CHECK IN ONE BOX ONLY)

[✔] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from another district (specify)

[ ] 6 Multidistrict Litigation

[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT    Please click on the appropriate nature of suit

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC § 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury– | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure of Property | 423 Withdrawal 28 USC § 157 | 430 Banks & Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury– | 21 USC § 881 | | 450 Commerce/ICC Rates, etc. |
| 150 Overpayment Recovery | 320 Assault, Libel, Slander | Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of | 330 Federal Employer's | 368 Asbestos Personal | 640 Railroad & Truck | 820 Copyrights | 470 Racketeer Influenced and |
| Judgment | Liability | Injury Product Liability | 650 Airline Regulations | 830 Patent | Corrupt Organizations (Civil RICO) |
| 151 Medicare Act | 340 Marine | | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 152 Recovery of Defaulted | 345 Marine Product | **PERSONAL PROPERTY** | 690 Other | | 850 Securities/Commodities/Exchange |
| Student Loans | Liability | 370 Other Fraud | | | 875 Customer Challenge 12 USC § 3410 |
| (Excluding Veterans) | 350 Motor Vehicle | 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 891 Agricultural Acts |
| 153 Recovery of Overpay- | 355 Motor Vehicle | 380 Other Personal Property | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| ment of Vet's Benefits | Product Liability | Damage | 720 Labor/Management Relations | 862 Black Lung (923) | 893 Environmental Matters |
| 160 Stockholders' Suits | 360 Other Pers. Injury | 385 Property Damage | 730 Labor/Management Reporting | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| 190 Other Contract | | Product Liability | and Disclosure Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| 195 Contract Prod. Liability | | | 740 Railway Labor Act | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under |
| | | | 790 Other Labor Litigation | | Equal Access to Justice Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employees Retirement Income | **FEDERAL TAX SUITS** | 950 Constitutionality of State Statute |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | Security Act (ERISA) | [●] 870 Taxes (U.S. Plaintiff or Def.) | 890 Other Statutory Actions |
| 220 Foreclosure | 442 Employment | **HABEAS CORPUS:** | | 871 IRS–Third Party 26 USC | |
| 230 Rent Lease & Ejectm't | 443 Housing/ | 530 General | | § 7609 | |
| 240 Torts to Land | Accommodations | 535 Death Penalty | | | |
| 245 Tort Product Liability | 444 Welfare | 540 Mandamus & Other | | | |
| 290 All Other Real Prop. | 440 Other Civil Rights | 550 Civil Rights | | | |
| | | 555 Prison Conditions | | | |

## VI. CAUSE OF ACTION
(Cite the U.S. civil statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statute unless this is a diversity action)

**26 U.S.C. 7401, 7403 -- Reduce Tax Assessments to Judgment**

## VII. REQUESTED IN COMPLAINT:

[ ] Check if this is a Fed. R. Civ. P. 23 Class Action

DEMAND: $ _____

CHECK YES ONLY IF DEMANDED IN COMPLAINT:
JURY DEMAND: [✖] YES    [ ] NO

## VIII. RELATED CASE(S) IF ANY (SEE INSTRUCTIONS)

JUDGE _____    DOCKET NUMBER _____

_3-21-05_
Date

_Stephen J. Turanchik_
Signature of Attorney of Record

FOR CLERK'S OFFICE USE ONLY

RECEIPT NO. _____    AMOUNT $ _____    JUDGE _____    MAGISTRATE JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)   United States of America v. James J. Scavone, Jr. , as Executor of the
   Estate of James J. Scavone, Sr.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
   rule 40.1(a)(1)).

   ___   I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

   ___   IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

   ___   V.     150, 152, 153.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐        NO **X**

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28
   USC §2403)

   YES ☐        NO **X**

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐        NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐        NO **X**

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES **X**        NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐        Central Division **X**        Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
        agencies, residing in Massachusetts reside?

        Eastern Division ☐        Central Division ☐        Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
   submit a separate sheet identifying the motions)

   YES ☐        NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Stephen J. Turanchik, U.S. Dept. of Justice, Tax Division _____

ADDRESS   P.O. Box 55, Ben Franklin Station, Washington, DC 20044 _____

TELEPHONE NO.   (202) 307-6565 _____

(CategoryForm.wpd - 10/17/02)