UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. |
| ) | |
| JAMES J. SCAVONE, JR., Executor of the ) | 05-40050 |
| Estate of James J. Scavone, Sr., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America. Attorney Stephen J. Turanchik will remain as lead counsel for said plaintiff in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: March 21, 2005