UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-40050-FDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JAMES J. SCAVONE, JR., Executor<br>of the Estate of James J. Scavone,<br>Sr., and as Trustee of the<br>Scavone Realty Trust,<br>PATRICK F. SCAVONE, Trustee of<br>The Scavone QTIP Trust,<br>MARY M. DURETTE, Trustee of the<br>Scavone QTIP Trust, and<br>PHILLIP L. SCAVONE, Trustee of<br>The Scavone QTIP Trust,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF DEFENDANTS PATRICK SCAVONE, MARY DURETTE, AND PHILIP SCAVONE TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Now come the Defendants, Mary Durette, Patrick Scavone, and Philip Scavone, Trustees of the Scavone QTIP Trust ("Defendants"), in the above matter and move this Court for an extension of time up to and including October 31, 2005 to file an answer or otherwise plead to Plaintiff's Amended Complaint in the above matter. As grounds therefore, Defendants state as follows:Defendants are in the process of trying to sell the property which is the subject of the above matter.

WHEREFORE the parties request that the requested extension be granted up to and including October 31, 2005.

{J:\CLIENTS\lit\304724\0001\00573351.DOC;1}

**Assented to:**

UNITED STATES OF AMERICA

By Its Attorney,

*assented to by Phone 10/20/05 11:45 AM*

Stephan J. Turanchik, Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
(202) 307-6565

October 20, 2005

MARY DURETTE, PATRICK SCAVONE AND PHILIP SCAVONE, TRUSTEES OF THE SCAVONE QTIP TRUST
By Their Attorney

John F. Shoro (#551043)
Barry A. Bachrach (#025490)
Bowditch & Dewey LLP
311 Main Street, P. O. Box 15156
Worcester, MA 01615-0156
(508) 926-3403

{J:\CLIENTS\lit\304724\0001\00573351.DOC;1}