

**Bowditch & Dewey**
ATTORNEYS

FILED
IN CLERK'S OFFICE

2006 FEB 22  P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

Barry A. Bachrach
Direct telephone: (508) 926-3403
Direct facsimile: (508) 929-3003
Email: bbachrach@bowditch.com

February 21, 2006

Honorable F. Dennis Saylor IV
United States District Court for
 the District of Massachusetts
595 Main Street, Suite 502
Worcester, MA 01608

    Re:    United States of America v. Scavone –
            Civil Action No. 05-40050-FDS

Dear Justice Saylor:

    I have been in touch with James and Patrick Scavone who indicated that there was a mix-up as to the circumstances relative to their being called at the last pretrial conference. It is their intent to continue to contest whether the monies go to the estate or to the QTIP Trust, as argued by my clients. We will attempt to work out a scheduling order for resolution of this matter before we appear before you again at 10:30 a.m. on March 8, 2006.

                          Very truly yours,

                          Barry A. Bachrach

BAB/nao

cc:    Marta Durette
       Phillip L. Scavone
       John F. Shoro, Esquire
       James J. Scavone, Jr.
       Patrick F. Scavone

{Client Files\L\13547\0001\00661206.DOC;1}

BOWDITCH & DEWEY, LLP   311 MAIN STREET   PO BOX 15156   WORCESTER, MA 01615-0156
T 508 791 3511   F 508 756 7636   www.bowditch.com

Boston   Framingham   Worcester

