UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-40050-FDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAMES J. SCAVONE, JR., Executor<br>of the Estate of James J. Scavone,<br>Sr., and as Trustee of the<br>Scavone Realty Trust,<br>PATRICK F. SCAVONE, Trustee of<br>The Scavone QTIP Trust,<br>MARY M. DURETTE, Trustee of the<br>Scavone QTIP Trust, and<br>PHILLIP L. SCAVONE, Trustee of<br>The Scavone QTIP Trust,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Mary M. Durette and Philip L. Scavone, Trustees of the Scavone QTIP Trust.

                        MARY M. DURETTE and PHILLIP L. SCAVONE,
                        TRUSTEES OF THE SCAVONE QTIP TRUST
                        By Their Attorney

                        _____
                        Daniel P. Flynn (#655180)
                        Bowditch & Dewey LLP
                        311 Main Street, P. O. Box 15156
                        Worcester, MA 01615-0156
                        (508) 926-3431
                        dflynn@bowditch.com

March 8, 2006