**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

UNITED STATES,

      Plaintiff,                              CIVIL ACTION
v.                                             NO.   05-40050-FDS

JAMES J. SCAVONE, JR., et. al.,

      Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   May 12, June 1 and June 29, 2006   I held the following ADR proceedings:

\_\_\_\_   EARLY NEUTRAL EVALUATION    X   MEDIATION
\_\_\_\_   MINI-TRIAL                             \_\_\_\_   SUMMARY JURY TRIAL
\_\_\_\_   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer and were ordered to inform the Court of the status of this case.

As reported on July 21, 2006, this case was:

( X )    Settled.  Your clerk should enter a   30   day order of dismissal.
(   )    There was progress.  A further conference has been scheduled for _____.
           unless the case is reported settled prior to that date.
(   )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
           productive.  This case should be restored to your trial list.


July 21,  2006                                          /s/ Timothy S. Hillman
Date                                                TIMOTHY S. HILLMAN, M.J.