UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES,

    Plaintiff,　　　　　　　　　　　　　　　　CIVIL ACTION
v.　　　　　　　　　　　　　　　　　　　　　　　NO.　05-40050-FDS

JAMES J. SCAVONE, JR., et. al.,

    Defendants,

ORDER OF DISMISSAL

July 21, 2006

SAYLOR, D.J.

    This court having been advised by counsel that this case has been settled, it is ORDERED that this action be dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if settlement is not completed.

    By the Court:

    SARAH A. THORNTON, Clerk

    /s/ Lisa B. Roland
    Lisa B. Roland
    Deputy Clerk
    (508) 929-9905